

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.,** Kerrville, Kerr County, Texas,
Appellants

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant has filed a motion which appears to request additional time to file a motion for rehearing because of limited access to the law library and the need to review the cases cited in this court's opinion. See TEX. R. APP. P. 49.8 (allowing court of appeals to extend time to file a motion for rehearing). Accordingly, this court construes the motion as a motion for extension of time to file a motion for rehearing. The motion for extension of time is GRANTED. Appellant's motion for rehearing must be filed in this court no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court